**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1124**

---

RICHARD PEAMON,

Plaintiff - Appellant,

v.

RUTGERS UNIVERSITY PRESS ECT.,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-02128-JRR)

---

Submitted:  August 28, 2025                          Decided:  September 2, 2025

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Richard Peamon, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Peamon appeals the district court's order dismissing his complaint without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to effect proper service. We have reviewed the record and discern no abuse of discretion in the district court's decision. *See Attkisson v. Holder*, 925 F.3d 606, 627 (4th Cir. 2019) (providing standard). Accordingly, we affirm the district court's order. *Peamon v. Rutgers Univ. Press Ect.*, No. 1:23-cv-02128-JRR (D. Md. Jan. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
